UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE: )
JENNIFER BOSHAW, )
          PLAINTIFF, )
  VS. )
          ) Cause No. 2:13-CV-00002
FINANCIAL RECOVERY SERVICES, INC.)
          DEFENDANT. )

**JOINT STIPULATON OF DISMISSAL**

Comes now Plaintiff, Jennifer Boshaw, by counsel Michael P. McIlree, and Defendant, Financial Recovery Services, Inc., by counsel Moss & Barnett and file their Joint Stipulation of Dismissal. The above cause is dismissed under FRCP 41(a)(1)(A)(ii) with prejudice.


| /s/ Michael P. McIlree | /s/ Michael S. Poncin |
|---|---|
| Michael P. McIlree, Counsel for Plaintiff | Michael S. Poncin, Counsel for Defendant |
| Atty. No. 19847-45 | Moss & Barnett, P.A. |
| 15 Main St. | 4800 Wells Fargo Center |
| Hobart, IN 46342 | 90 South Seventh Street |
| (219) 548-1800 | Minneapolis, MN 55402 |
| Mikemcilree@comcast.net | (612) 877-5290 |
| | (612) 877-5056 (Fax) |
| | PoncinM@moss-barnett.com |